WOOLF v. WOOLF. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Mary J. Woolf against James A. Woolf. No opinion. Motion denied, with $10 costs. Order filed. See, also, 116 N. Y. Supp. 104.

YALE & TOWNE MFG. CO., Respondent, v. METROPOLITAN SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by the Yale & Towne Manufacturing Company against the Metropolitan Surety Company. J. B. Coleman, for appellant. L. H. Porter, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ZAGARINO et al., Respondents, v. KURZROK, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Frank Zagarino and another against Max Kurzrok. No opinion. Order affirmed on argument, with $10 costs and disbursements.